UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____X   Crim. No. 11-CR-204(SDW)

UNITED STATES OF AMERICA        ORDER

v.

MICHAEL ROSE,

    Defendant.
_____X

Upon application of Donna R. Newman, Esq., attorney for defendant, MICHAEL ROSE for an Order directing the Essex County Correctional Facility to allow Mr. Rose to enter their facility with counsel upon notice to Warden Hendricks to participate in a co-defendant meeting; this Court having considered the request of counsel, and for good cause shown, it is hereby Ordered that the Michael Rose is to be permitted to enter into the Essex County Correctional Facility.

So ordered.

Dated: May 23, 2011

_____
SUSAN D WIGENTON, U.S.D.J.